were ✎AO    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____    District of _____ARKANSAS_____

UNITED STATES OF AMERICA
V.

RHONDA LEE TABERS;
a/k/a RHONDA ROWLAND

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    2:01CR20025-001

USM Number:    06141-010

Joseph Self
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)  _Standard Drug Condition and New Law Violation_  of the terms of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Drug Condition | Tested Positive for Methamphetamine Use 12/2007 | 11/2/2007 |
| New Law Violation | Arrested 11/1/2007 by Fort Smith Police Department for Possession of Drug Paraphernalia; Pled Guilty to Possession of Drug Paraphernalia o on July 18, 2008, in Sebastian County Circuit Court | 11/1/2007 |

    The defendant is sentenced as provided in pages 2 through  ___3___  of this judgment.  The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  __XXX-XX-1127__

Defendant's Date of Birth:  __XX/XX/1953__

Defendant's Residence Address:

__XXXXXXXXXXXXX__

Fort Smith, AR 72904

Defendant's Mailing Address:

Same as above

__August 20, 2008__
Date of Imposition of Judgment

__/S/ Robert T. Dawson__
Signature of Judge

__Honorable Robert T. Dawson, United States District Judge__
Name and Title of Judge

__August 21, 2008__
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**AUG 2 1 2008**

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

DEFENDANT:          RHONDA LEE TABERS
CASE NUMBER:      2:01CR20025-001

# SUPERVISED RELEASE

The defendant's present term of supervised release shall be extended for a term of **one (1) year**, **beginning February 19, 2008, making expiration of the term of supervised release February 19, 2009.**

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of

  future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,

  or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      RHONDA LEE TABERS
CASE NUMBER:   2:01CR20025-001

# SPECIAL CONDITIONS OF SUPERVISION

1.      In addition to the mandatory drug testing requirements, the defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient evaluation, treatment, counseling or testing for substance abuse, including urinalysis for testing purposes.

2.      The defendant shall submit his person, residence, place of employment, and vehicle to a search conducted by the United States Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion of evidence of violation of any condition of supervised release. Failure to submit to a search may be grounds for revocation.